# FILED

02/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0605

IN THE SUPREME COURT OF THE STATE OF
MONTANA

Case No. DA 21-0605

**BOARD OF REGENTS OF HIGHER EDUCATION OF THE STATE OF MONTANA,**

Petitioner,

vs.

**THE STATE OF MONTANA, BY AND THROUGH AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF MONTANA,**

Respondent.

***ORDER GRANTING REP. SETH BERGLEE'S UNOPPOSED MOTION TO FILE AMICUS CURIAE BRIEF***

Greg Overstreet
State Bar No. 66904853
Overstreet Law Group
300 Main Street, Suite 203
Stevensville, Montana 59870
Telephone: (406) 209-8592
greg@overstreetlawgroup.com
*Attorney for Amicus Applicant*

David Dewhirst
Solicitor General
Office of Montana Attorney General Austin
Knudsen
P.O. Box 201401
Helena, MT 59620-1401
*Attorneys for Appellants*

Martha Sheehy
Sheehy Law Firm
P.O. Box 584
Billings, MT 59103-0584

Kyle A. Gray
Brianne C. McClafferty
Emily J. Cross
Holland & Hart LLP
P.O. Box 639
Billings MT 59103

Ali Bovingdon
MUS Chief Legal Counsel
Office of Commissioner of Higher Education
Helena, MT 59620-3201
*Attorneys for Appellee*

Upon the unopposed motion of Rep. Seth Berglee for leave to file an amicus curiae brief, and for good cause shown,

IT IS HEREBY ORDERED that Rep. Berglee's motion is GRANTED. His amicus curiae brief shall be filed no later than February 16, 2022.

_____

2